**Margaret A. VINZANT, Respondent,**

v.

**Gil C. VINZANT, Defendant,**

v.

**Pat BLACK, Appellant.**

**No. WD 53828.**

Missouri Court of Appeals,
Western District.

Feb. 10, 1998.

Jeffrey S. Eastman, Gladstone, for Appellant.

James B. Chancellor, Kansas City, for Respondent.

Before ELLIS, P.J., and HOWARD and RIEDERER, JJ.

## ORDER

PER CURIAM.

Pat Black appeals from the trial court's dismissal of Margaret A. Vinzant's motion for

declaration of paternity and child support without prejudice.

Appeal dismissed. Rule 84.16(b).